KIMBERLY MITCHELL CONVERSE, Plaintiff, v DOLE FOOD COMPANY, INC., et al., Respondents, and LEONARD'S EXPRESS, INC., Appellant. (Appeal No. 2.)

Submitted November 2, 2015; decided January 5, 2016

Motion for leave to appeal dismissed upon the ground that the judgment and order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JESSICA MANFORD, Respondent, v FRED M. WILBER, Appellant.

Submitted November 30, 2015; decided January 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ALVIN W. MCLEAN, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent.

Decided January 5, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.